JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DILGERPARKS,<br><br>Petitioner,<br><br>v.<br><br>W. L. MONTGOMERY, Warden,<br><br>Respondent. | Case No. 2:22-cv-00749-FLA (PVC)<br><br>**JUDGMENT** |

Pursuant to the court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED with prejudice.

Dated: July 22, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge